```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA COUVERTIER,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-06375 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court having read the attorney's affirmation (Dkt. No. 25) and memorandum (Dkt. No. 26) in support of plaintiff's unopposed motion (Dkt. No. 24) for an award of Equal Access to Justice Act (EAJA) fees in accordance with 28 U.S.C. § 2412, and finding good cause;

    It is hereby **ORDERED** that the motion for EAJA fees in the amount of $1,482.04 plus $23.00 for expenses, be granted pursuant to 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and expenses under the EAJA in connection with this action. Fees may be paid to plaintiff's counsel if plaintiff has so agreed in writing and plaintiff owes no debt to the federal government that is subject to offset.

Dated: New York, New York
       December 20, 2021

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**